ESTELLE M. CLARK v. BEE WRIGHT, Also Known as BEE WRIGHT CLARK.—

Motion denied, with ten dollars costs. Present — Dowling, Smith, Merrell, McAvoy and Martin, JJ.